UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
VERONICA MADDY, on behalf of herself and all others :
similarly situated
:
:
                          Plaintiff,           :         22 Civ. 3538 (JPC)
:
     -v-                                :           ORDER
:
A&J Distributing LLC,                      :
:
                        Defendant.          :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On July 5, 2022, Defendant A&J Distributing LLC ("A&J") submitted a proposed consent order for substitution of attorney. Dkt. 9. A&J's proposed order, however, included only the consent of the substituting attorney and of A&J itself; the order omitted the consent of the attorney to be substituted, Karla del Pozo Garcia. *Id.* Consequently, on July 20, 2022, the Court ordered A&J to re-file the proposed order with the consent of the attorney to be substituted. Dkt. 11. Almost three weeks have passed, and A&J has not yet re-filed the proposed order. A&J shall re-file the proposed order, with all required consents included, by August 15, 2022.

        SO ORDERED.

Dated: August 8, 2022
       New York, New York                                                _____
                                                                         JOHN P. CRONAN
                                                                         United States District Judge