UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, on behalf of himself and all others similarly situated,

            Plaintiffs,

-against-

A&J DISTRIBUTING, LLC.

            Defendant.

Case No. 1:22-cv-3538

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
               December 2, 2022

Respectfully Submitted,

/s/ **Mars Khaimov**
By:   Mars Khaimov, Esq.
       108-26 64th avenue, Second Floor
       Forest Hills, New York 11375
       Tel (929) 324-0717
       Fax (929) 333-7774
       Email: mars@khaimovlaw.com
       *Attorney for Plaintiff*

In the absence of any opposition from Defendant, *see* Dkt. 25, this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk of Court is respectfully directed to close this case.

SO ORDERED
Date: January 12, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge